# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF B.G.

NO. 2023 KW 1252

**JANUARY 18, 2024**

---

In Re:    B.G., applying for supervisory writs, City Court of East St. Tammany, Parish of St. Tammany, No. 23-JP-4372.

---

**BEFORE:**    **GUIDRY, C.J., CHUTZ, AND LANIER, JJ.**

    **WRIT DENIED.**

                JMG
                WRC
                WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT